Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Brandon Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Omar Zine

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        Limited Liability Partnership
        Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
tkennedy@sheppardmullin.com
BRETT D. YOUNG, Cal. Bar No. 305657
byoung@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:   213.620.1398

MORGAN P. FORSEY, Cal. Bar No. 241207
Email: mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone: 415.434.9100; Facsimile:  415.434.3947

Attorneys for Defendant, NESPRESSO USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ZINE, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NESPRESSO USA, INC., a Delaware corporation; NESTLE USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:20-cv-05144-SK<br><br>[Assigned to Magistrate Judge Sallie Kim]<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CONSOLIDATION OF *ZINE* AND *BABER* AND CONTINUANCE OF ADR COMPLETION DEADLINE**<br><br>Complaint Filed:　June 25, 2020<br>Removal Date:　　July 27, 2020 |

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF *ZINE* AND *BABER*

**STIPULATION**

Defendant NESPRESSO USA, INC.,("Defendant") and Plaintiff OMAR ZINE ("Plaintiff") (collectively "Parties"), through their counsel of record, enter into this stipulation regarding consolidation of *Baber v. Nespresso USA, Inc.*, *et al.*, 3:21-cv-00487-JSC ("*Baber*"), and *Zine v. Nespresso USA, Inc., et al*, Case No. 3:20-cv-05144-SK ("*Zine*"):

1.      WHEREAS, on January 20, 2021, the Honorable Fernando M. Olguin, U.S. District Judge for the Central District of California, granted Plaintiff Baber and Defendant's joint stipulation to transfer *Baber* to the Northern District of California so that the action could be consolidated with the *Zine* matter pending before this Court.  *See Baber* January 20, 2021 Order, C.D. Cal. Case No. 2:20−cv−06533−FMO−SP, Dkt # 33.  On the same day, *Baber* was transferred to the Northern District of California, and assigned to Judge Jacqueline Scott Corley.

2.      WHEREAS, all of the parties in *Baber* and *Zine* agree that consolidation of the two actions before this Court is necessary to promote efficiency, judicial economy, and avoid the risk of inconsistent judgments.

3.      WHEREAS, the parties further agree and request that the Parties March 22, 2021 deadline to complete ADR (*See* October 27, 2020 Case Management and Pre-Trial Order (Dkt. # 19, at p. 3:13)) be continued to June 22, 2021 so that this Court may first enter an order addressing consolidation of *Zine* and *Baber*, and to accommodate the Parties' desire to include Plaintiff Baber and his counsel in a mediation that would potentially resolve both cases as part of a global settlement.

4.      WHEREAS, the parties discussed the possibility of filing a consolidated Complaint for both matters during the meet and confer discussions to consolidate the *Zine* and *Baber* matters.  However, the parties did not reach an agreement on this issue and Defendant must now respond to Plaintiff Zine's Second Amended Complaint ("SAC").  Thus, the parties further agree that

STIPULATION AND [~~PROPOSED~~] ORDER RE CONSOLIDATION OF *ZINE* AND *BABER*

Defendant shall have 21 days from the date this stipulation is filed to respond to Plaintiff's SAC.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. That *Zine* and *Baber* should be consolidated for all purposes before Magistrate Judge Sallie Kim, and that all future filings shall be made only in Case No. 3:20-cv-05144-SK.

2. That the March 22, 2021 deadline to conduct alternative dispute resolution, as set forth in the Court's October 27, 2020 Order, shall be continued to June 22, 2021.

3. Defendant shall have 21 days from the date this stipulation is filed to respond to Plaintiff's SAC.

Dated: January 26, 2021　　　　　　Respectfully submitted,

CAPSTONE LAW APC

By: */s/ Mark A. Ozzello*
Mark A. Ozzello
Brandon Brouillette

Attorneys for Plaintiff Omar Zine

Dated: January 26, 2021　　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Brett D. Young*
TRACEY A. KENNEDY
MORGAN FORSEY
BRETT D. YOUNG

Attorneys for Defendant NESPRESSO USA, INC.

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF *ZINE* AND *BABER*

Dated:  January 26, 2021                SHERIGIAN & ASSOCIATES, INC.

By: */s/ Cheryl A. Kenner*
Carney R. Shegerian
Anthony Nguyen
Cheryl A. Kenner

Attorneys for Plaintiff WILLIAM BABER, individually, and on behalf of all others similarly situated and aggrieved

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Mark A. Ozzello, attest that concurrence in the filing of this **JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF *ZINE* AND *BABER* AND CONTINUANCE OF ADR COMPLETION DEADLINE** has been obtained from the other signatories.

Dated:  January 26, 2021          By: */s/ Mark A. Ozzello*
Mark A. Ozzello

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF *ZINE* AND *BABER*

## ORDER

## GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1.  That *Zine* and *Baber* are to be consolidated for all purposes before this Court, and that all future filings shall be made only in Case No. 3:20-cv-05144-SK.

2.  That the March 22, 2021 deadline to conduct alternative dispute resolution, as set forth in the Court's October 27, 2020 Order, shall be continued to June 22, 2021.

3.  Defendant has 21 days from the date the stipulation was filed to respond to Plaintiff's SAC.

Dated: February 9, 2021

_____
SALLIE KIM
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF *ZINE* AND *BABER*